UNITED STATES DISTRICT COURT
WESTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>    v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,<br><br>       Defendants. | Case No. 2:22-cv-1346 |

MOTION FOR ADMISSION
*PRO HAC VICE* OF CAREY ALEXANDER

  I, Carey Alexander, counsel for Plaintiffs Karen and Michael Martin, respectfully move for admission *pro hac vice* in the above-captioned action as counsel for Plaintiffs Karen and Michael Martin pursuant to LCvR 83.2 and LCvR 83.3 and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

  In support of this motion, I attach my Declaration, which satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 23, 2022      Respectfully submitted,

                 *s/ Carey Alexander*
                 Carey Alexander (*pro hac vice* forthcoming)
                 **SCOTT+SCOTT ATTORNEYS AT LAW LLP**
                 The Helmsley Building
                 230 Park Avenue, 17th Floor
                 New York, NY 10169
                 Telephone: (212)223-6444
                 Facsimile: (212)-233-6334

calexander@scott-scott.com

*Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I, Carey Alexander, hereby certify that on September 23, 2022, I caused the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

Executed on September 23, 2022, at New York, New York.

*s/ Carey Alexander*
Carey Alexander

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: (212)223-6444
Facsimile: (212)-233-6334
calexander@scott-scott.com

# Mailing Information for a Case 2:22-cv-01346-RJC MARTIN et al v. KEYBANK NATIONAL ASSOCIATION et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Ethan Samuel Binder**
  ebinder@scott-scott.com

- **Joseph P. Guglielmo**
  jguglielmo@scott-scott.com,efile@scott-scott.com

- **Alfred G. Yates , Jr**
  yateslaw@aol.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`