UNITED STATES DISTRICT COURT
WESTERN DISTRICT PENNSYLVANIA

| | |
|---|---|
| KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,<br><br>Defendants. | Case No. 2:22-cv-1346 |

**ORDER**

Upon consideration of the Motion for Admission *Pro Hac Vice* of Carey Alexander, it is hereby ORDERED that Motion is GRANTED and Carey Alexander is admitted *pro hac vice* in the above-captioned action.

DATED: _____, 2022    BY THE COURT:

    _____