| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| Alfred G. Yates, Jr., Esq.<br>Law Office of Alfred G. Yates, Jr., P.C.<br>1575 McFarland Road, Suite 305<br>Pittsburgh, PA 15216<br>Telephone No: 412-391-5164    FAX No: 860-537-4432 | |
| Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Western District Of Pennsylvania

Plaintiff(s): Karen and Michael Martin, et al.
Defendant: KeyBank National Association, et al.

| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV01346RJC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Order; Notice re ADR; Important Notice Regarding Telephone Proceedings; Standing Order and Proceedings re: Civil Motion Practices for Judge Robert J. Colville; Practices and Proceedings of Judge Robert J. Colville

3. a. Party served:    Keycorp
   b. Person served:   Alyssa Thompson, Service of Process Intake Clerk

4. Address where the party was served:   Corporation Service Company
   3366 Riverside Drive, Suite 103
   Upper Arlington, OH  43221

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 23, 2022 (2) at: 11:35AM

7. **Person Who Served Papers:**
   a. Erika Cremeans
   b. Class Action Research & Litigation
      P O Box 740
      Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of OHIO that the foregoing is true and correct.

   9/27/2022              Erika Cremeans
   (Date)                 (Signature)

8. STATE OF OHIO, COUNTY OF ___FRANKLIN___
   Subscribed and sworn to (or affirmed) before me on this __27TH__ day of __SEPTEMBER__, __2022__ by Erika Cremeans proved to me on the basis of satisfactory evidence to be the person who appeared before me.

   Jeffrey A. Cremeans
   Notary Public, State of Ohio
   My Commission Expires 6-14-24

   AFFIDAVIT OF SERVICE
   Summons and Complaint

   (Notary Signature)

   alyate.239007