| Attorney or Party without Attorney: <br> Alfred G. Yates, Jr., Esq. <br> Law Office of Alfred G. Yates, Jr., P.C. <br> 1575 McFarland Road, Suite 305 <br> Pittsburgh, PA 15216 <br> Telephone No: 412-391-5164     FAX No: 860-537-4432 | For Court Use Only |
|---|---|
| Ref. No. or File No.: | |
| Attorney for: Plaintiff(s) | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court Western District Of Pennsylvania

Plaintiff(s): Karen and Michael Martin, et al.
Defendant: KeyBank National Association, et al.

| **AFFIDAVIT OF SERVICE** <br> **Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> 22CV01346RJC |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Order; Notice re ADR; Important Notice Regarding Telephone Proceedings; Standing Order and Proceedings re: Civil Motion Practices for Judge Robert J. Colville; Practices and Proceedings of Judge Robert J. Colville

3. a. Party served:  Keybank National Association
   b. Person served:  Alyssa Thompson, Service of Process Intake Clerk

4. Address where the party was served:  Corporation Service Company
   3366 Riverside Drive, Suite 103
   Upper Arlington, OH 43221

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 23, 2022 (2) at: 11:35AM

7. **Person Who Served Papers:**
   a. Erika Cremeans
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

   *Fee for Service:*
   I Declare under penalty of perjury under the laws of the State of OHIO that the foregoing is true and correct.

   9/27/2022         Erika Cremeans
   (Date)              (Signature)

8. STATE OF OHIO, COUNTY OF __FRANKLIN__
Subscribed and sworn to (or affirmed) before me on this 27TH day of SEPTEMBER, 2022, by Erika Cremeans proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Jeffrey A. Cremeans
Notary Public, State of Ohio
My Commission Expires 6-14-24

(Notary Signature)

AFFIDAVIT OF SERVICE
Summons and Complaint

alyate.239008