| Attorney or Party without Attorney:<br>Alfred G. Yates. Jr., Esq.<br>Law Office of Alfred G. Yates, Jr., P.C.<br>1575 McFarland Road, Suite 305<br>Pittsburgh, PA 15216<br>Telephone No: 412-391-5164   FAX No: 860-537-4432 | | | | For Court Use Only |
|---|---|---|---|---|
| Attorney for: Plaintiff(s) | Ref. No. or File No.: | | | |
| Insert name of Court, and Judicial District and Branch Court:<br>United States District Court Western District Of Pennsylvania | | | | |
| Plaintiff(s): Karen and Michael Martin, et al. | | | | |
| Defendant: KeyBank National Association, et al. | | | | |
| **AFFIDAVIT OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>22CV01346RJC |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons in a Civil Action; Class Action Complaint; Order; Notice re ADR; Important Notice Regarding Telephone Proceedings; Standing Order and Proceedings re: Civil Motion Practices for Judge Robert J. Colville; Practices and Proceedings of Judge Robert J. Colville

3. a. Party served:        Overby-Seawell Company
   b. Person served:       Alisha Smith, Service of Process Intake Clerk

4. Address where the party was served:   Corporation Service Company
   2 Sun Court, Suite 400
   Peachtree Corners, GA 30092

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Fri., Sep. 23, 2022 (2) at: 3:45PM

7. Person Who Served Papers:
   a. Chris Stanton
   b. Class Action Research & Litigation
   P O Box 740
   Penryn, CA 95663
   c. (916) 663-2562, FAX (916) 663-4955

Fee for Service:
I Declare under penalty of perjury under the laws of the State of GEORGIA that the foregoing is true and correct.

9/27/22
(Date)                              (Signature)

8. STATE OF GEORGIA, COUNTY OF ___Dekalb___

Subscribed and sworn to (or affirmed) before me on this __27__ day of __Sept__ by Chris Stanton

proved to me on the basis of satisfactory evidence to be the person who appeared before me.

AFFIDAVIT OF SERVICE
Summons and Complaint                (Notary Signature)      alyate.239006