**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

| | |
|---|---|
| KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY, <br> Defendants. | Case No.: 2:22-cv-01346-RJC <br><br> JUDGE ROBERT J. COLVILLE |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR KEYBANK DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

Upon good cause shown, the Court hereby grants the Unopposed Motion For Extension of Time for KeyBank Defendants to Respond to Plaintiffs' Complaint. The KeyBank Defendants shall have until and through November 22, 2022 to respond to the Complaint.

It is **SO ORDERED** on this _____ day of October 2022.

_____
Honorable Robert J. Colville
United States District Judge