UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,<br><br>Defendants. | Case No.: 2:22-cv-01346-RJC<br><br>JUDGE ROBERT J. COLVILLE |

**KEYBANK DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants KeyBank N.A. and KeyCorp hereby certifies that KeyBank, N.A. is a subsidiary of KeyCorp, which is a publicly traded company.

Dated: October 13, 2022        Respectfully submitted,

**BAKER & HOSTETLER LLP**
*s/ Robert P. Leeson*
Robert P. Leeson
PA Bar No. 327525
1735 Market Street
Suite 3300
Philadelphia, PA 19103
Telephone: (215) 568-3100
Facsimile: (215) 568-3439
rleeson@bakerlaw.com

*Counsel for Defendants KeyBank, N.A. and KeyCorp*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 13, 2022, the foregoing was filed with the Clerk of the Court using CM/ECF, which will send notice to the registered attorneys of record that the document has been filed and is available for viewing and downloading.

                                              *s/ Robert P. Leeson*
                                              Robert P. Leeson

                                              *Counsel for Defendants KeyBank, N.A. and KeyCorp*