IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN and MICHAEL MARTIN, Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP and OVERBY-SEAWELL COMPANY<br><br>Defendants. | CIVIL ACTION<br>NO.: 2:22-cv-01346-RJC |

## ENTRY OF APPEARANCE

TO THE CLERK:

    Kindly enter my appearance on behalf of Defendant, Overby-Seawell Company, in the above-captioned matter.

    Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

By:    */s/Jesse M. Endler*
         Jesse M. Endler (PA ID 200622)
         Two Commerce Square
         2001 Market Street, Suite 3100
         Philadelphia, PA 19103
         Phone: (215) 627-6900
         Fax:   (215) 627-2665
         Email: jesse.endler@wilsonelser.com

*Counsel for Defendant*
*Overby-Seawell Company*

Dated: October 14, 2022

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 14, 2022, a true and correct copy of the above and foregoing pleading was served on counsel of record through the Court's ECF system.

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/Jesse M. Endler*
Jesse M. Endler (PA ID 200622)
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 627-6900
Fax:    (215) 627-2665
Email:  jesse.endler@wilsonelser.com

*Counsel for Defendan*
*Overby-Seawell Company*