## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREN and MICHAEL MARTIN, Individually and on behalf of all others similarly situated<br><br>Plaintiff,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP and OVERBY-SEAWELL COMPANY<br><br>Defendants. | CIVIL ACTION<br>NO.: 2:22-cv-01346-RJC |

### STIPULATION

IT IS HEREBY STIPULATED by and between Plaintiffs, Karen and Michael Martin and Defendant Overby-Seawell Company, by and through their respective undersigned counsel, that Overby-Seawell Company shall have up to and including November 22, 2022 to answer or otherwise respond to Plaintiffs' Class Action Complaint.

| | |
|---|---|
| **SCOTT+SCOTT**<br>**ATTORNEYS AT LAW LLP** | **WILSON ELSER MOSKOWITZ**<br>**EDELMAN & DICKER LLP** |
| /s/Joseph P. Guglielmo<br>Joseph P. Guglielmo (pro hac vice)<br>Carey Alexander (pro hac vice)<br>Ethan Binder (pro hac vice)<br>The Helmsley Building<br>230 Park Avenue, 17th Floor<br>New York, NY 10169<br>Phone: (212)223-6444<br>Fax:    (212)-233-6334<br>Email: jguglielmo@scott-scott.com<br>         calexander@scott-scott.com<br><br>*Counsel for Plaintiffs* | /s/Jesse M. Endler<br>Jesse M. Endler (PA ID 200622)<br>Two Commerce Square<br>2001 Market Street, Suite 3100<br>Philadelphia, PA 19103<br>Phone: (215) 627-6900<br>Fax:    (215) 627-2665<br>Email: jesse.endler@wilsonelser.com<br><br>*Counsel for Defendant*<br>*Overby-Seawell Company* |

Date:   October 14, 2022

                                  Respectfully submitted,

                                  **WILSON, ELSER, MOSKOWITZ,**
                                  **EDELMAN & DICKER LLP**

                                  /s/Jesse M. Endler
                                  Jesse M. Endler (PA ID 200622)
                                  Two Commerce Square
                                  2001 Market Street, Suite 3100
                                  Philadelphia, PA 19103
                                  Phone: (215) 627-6900
                                  Fax:    (215) 627-2665
                                  Email:  jesse.endler@wilsonelser.com

                                  Of counsel:
                                  Richard W. Boone Jr.
                                  Wilson Elser Moskowitz
                                  Edelman & Dicker LLP
                                  150 E 42nd Street
                                  New York, NY 10017
                                  Phone: (212) 490-3000
                                  Fax:    (212) 490-3038
                                  Email:  richard.boone@wilsonelser.com

                                  *Counsel for Defendant*
                                  *Overby-Seawell Company*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on October 14, 2022, a true and correct copy of the above and foregoing pleading was served on counsel of record through the Court's ECF system.

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

_____
Jesse M. Endler (PA ID 200622)
Two Commerce Square
2001 Market Street, Suite 3100
Philadelphia, PA 19103
Phone: (215) 627-6900
Fax:    (215) 627-2665
Email:  jesse.endler@wilsonelser.com

*Counsel for Defendant
Overby-Seawell Company*