UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,<br>Defendants. | Case No.: 2:22-cv-01346-RJC<br><br>JUDGE ROBERT J. COLVILLE |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION TO STAY ACTION PENDING DISPOSITION OF PLAINTIFFS' MOTION FOR TRANSFER AND CENTRALIZATION PURSUANT TO 28 U.S.C. § 1407**

Upon good cause shown, the Court hereby grants Defendants KeyBank N.A. and KeyCorp.'s Unopposed Motion to Stay Action Pending Disposition of Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407.  All proceedings and deadlines in this matter are hereby stayed pending further Order of the Court.

It is **SO ORDERED** on this _____ day of November 2022.

_____
Honorable Robert J. Colville
United States District Judge