UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| KAREN AND MICHAEL MARTIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>KEYBANK NATIONAL ASSOCIATION, KEYCORP, and OVERBY-SEAWELL COMPANY,<br>Defendants. | Case No.: 2:22-cv-01346-RJC<br><br>JUDGE ROBERT J. COLVILLE |

**[PROPOSED] ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFFS' COMPLAINT**

Upon good cause shown, the Court hereby grants the Unopposed Motion for Extension of Time for Defendants to Respond to Plaintiffs' Complaint. The deadline for the filing of Defendants' response to Plaintiffs' Complaint shall be extended pending disposition of KeyBank Defendants' Unopposed Motion to Stay Action Pending Disposition of Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407, or alternatively until 30 days after entry of an order denying such motion.

It is **SO ORDERED** on this _____ day of November 2022.

_____
Honorable Robert J. Colville
United States District Judge